AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern       DISTRICT OF       New York

Azhar A. Jaffri, Plaintiff,

v.                                              **APPEARANCE**

Shelley Souza, individually and as Co-
Administrator of the Estate of Francis        Case Number: 07-cv-04086 (SS)
Newton Souza, Jeffrey S. Greener, individually
and as Co-Administrator of the Estate of
Francis Newton Souza, Francesca Souza,
individually, and the Estate of Francis
Newton Souza,   Defendants.

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   Plaintiff


   I certify that I am admitted to practice in this court.


6/22/2007                                    *[signature]*
Date                                         Signature

                                             Vera M. Scanlon    VS1522
                                             Print Name                    Bar Number

                                             Beldock Levine & Hoffman LLP, 99 Park Ave., STE 1600
                                             Address

                                             New York, New York            10016
                                             City          State           Zip Code

                                             (212) 490-0400    (212) 557-0565
                                             Phone Number               Fax Number