UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x
AZHAR A. JAFFRI,

        Plaintiff,

- against -

SHELLEY SOUZA, individually and as Co-
Administrator of the Estate of Francis Newton Souza,
JEFFREY S. GREENER, individually and as Co-
Administrator of the Estate of Francis Newton Souza,
FRANCESCA SOUZA, individually, and the ESTATE
OF FRANCIS NEWTON SOUZA,

        Defendants.
------------------------------------------------------------x

No. 07 Civ. 4086 (SAS)

ECF CASE

**STIPULATION AND ORDER
EXTENDING TIME AND
ESTABLISHING SCHEDULE**

    The undersigned attorneys, on behalf the Plaintiff and the Appearing Defendants

(Shelley Souza, Jeffrey S. Greener and the Estate of Francis Newton Souza), respectively,,

hereby stipulate to the following:

| EVENT | DATE |
|---|---|
| (1) Appearing Defendants' Last Day to Serve Letter Concerning Contemplated Motion to Dismiss; *and* <br> (2) Plaintiff's Last Day to Serve Letter Concerning Any Contemplated Motion to Remand regarding the Appearing Defendants. | June 22, 2007 |
| (1) Plaintiff's Last Day to Serve Responsive Letter Concerning Contemplated Motion to Dismiss; *and* <br> (2) Appearing Defendants' Last Day to Serve Letter Concerning Any Contemplated Motion to Remand | June 29, 2007 |
| Appearing Defendants' Last Day to Answer, Move or Otherwise Respond to Plaintiff's Complaint. | July 12, 2007 |

| | |
|---|---|
| ~~Plaintiff's Last Day to Move to Remand the Case to the Supreme Court of the State of New York as to the Appearing Defendants~~ | July 12, 2007 |
| (1) Plaintiff's Last Day to Serve an Opposition to Any Motion Filed by the Appearing Defendants' with Respect to the Complaint; *and* <br> ~~(2) Appearing Defendants' Last Day to Serve an Opposition to any Motion Filed by Plaintiff to Remand~~ | August 31 2007 |
| (1) Appearing Defendants' Last Day to Serve a Reply to Any Papers Opposing Any Motion Filed by the Appearing Defendants with Respect to the Complaint; *and* <br> ~~(2) Plaintiff's Last Day to Serve a Reply to Any Papers Opposing Any Motion Filed by Plaintiff to Remand.~~ | September 10, 2007 |

The Appearing Defendants waive any objections they may have to the service and service of process.

In entering into this stipulation, Plaintiff does not waive his rights under 28 U.S.C. Sec. 1446 et seq. Plaintiff does not concur with or concede Appearing Defendants' statements in the removal papers, including but not limited to statements regarding the propriety of certain defendants or claims.

2

In entering into this stipulation, the parties do not waive or acknowledge any rights with regard to discovery.

Dated: New York, New York
June 22, 2007

LYNN & CAHILL LLP

By: _____
John R. Cahill (JC 4229)
500 Fifth Avenue, 14th Floor
New York, New York 10001
Tel: (212) 719-4400
Fax: (212) 719-4410

*Attorneys for Defendants Shelley Souza, individually and as Co-Administrator of the Estate of Francis Newton Souza, Jeffrey S. Greener, individually and as Co-Administrator of the Estate of Francis Newton Souza, and the Estate of Francis Newton Souza*

BELDOCK LEVINE & HOFFMAN LLP

By: _____
Cynthia Rollings (CR6469)
Vera Scanlon (VS1522)
99 Park Avenue, Suite 1600
New York, NY 10016

*Attorneys for Plaintiff Azhar A. Jaffri*

**S O  O R D E R E D:**

_____
U.S.D.J.