UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZHAR A. JAFFRI,<br><br>                    *Plaintiff*,<br><br>- against-<br><br>SHELLEY SOUZA, individually and as Co-administrator of the Estate of Frances Newton Souza; JEFFREY S. GREENER, individually and as Co-administrator of the Estate of Francis Newton Souza; FRANCESCA SOUZA, individually; and THE ESTATE OF FRANCIS NEWTON SOUZA,<br><br>                    *Defendants*. | No. 07 Civ. 4086 (SAS)<br><br>**NOTICE OF MOTION**<br><br>ECF Case |

PLEASE TAKE NOTICE that upon the annexed Declaration of John R. Cahill, the Exhibits annexed thereto, and the accompanying Memorandum of Law, Defendants, Shelley Souza, individually and as co-administrator of the Estate of Frances Newton Souza ("Shelley Souza"), Jeffrey S. Greener, individually and as co-administrator of the Estate of Frances Newton Souza ("Greener"), and the Estate of Francis Newton Souza (the "Estate") (collectively, the "Appearing Defendants"), will move this Court, at the United States Courthouse, 500 Pearl Street, Room 1620, New York, New York 10007, on September 11, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b), dismissing the Complaint of Plaintiff, Azhar A. Jaffri.

PLEASE TAKE FURTHER NOTICE that, by pursuant to the so-ordered stipulation of the parties, papers in opposition to this Motion must be served no later than August 31, 2007.  Reply papers shall be served no later than September 10, 2007.

Dated:  New York, New York
       July 12, 2007

LYNN & CAHILL LLP

By:_____
John R. Cahill (JC4229)
500 Fifth Avenue, 14th Floor
New York, NY 10110
(212) 719-4400

*Attorneys for Defendants Shelley Souza, individually and as Co-Administrator of the Estate of Francis Newton Souza, Jeffrey S. Greener, individually and as Co-Administrator of the Estate of Francis Newton Souza, and the Estate of Francis Newton Souza.*

To:    Cynthia Rollings
        Vera Scanlon
        BELDOCK LEVINE & HOFFMAN LLP
        99 Park Avenue, Suite 1600
        New York, NY 10016

        *Attorneys for Plaintiff*
        *Azhar A. Jaffri.*