UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZHAR A. JAFFRI,<br><br>      *Plaintiff*,<br><br> - against-<br><br>SHELLEY SOUZA, individually and as Co-administrator of the Estate of Frances Newton Souza; JEFFREY S. GREENER, individually and as Co-administrator of the Estate of Francis Newton Souza; FRANCESCA SOUZA, individually; and THE ESTATE OF FRANCIS NEWTON SOUZA,<br><br>      *Defendants*. | No. 07 Civ. 4086 (SAS)<br><br>**DECLARATION OF<br>JOHN R. CAHILL** |

   JOHN R. CAHILL, under penalty of perjury, declares as follows:

   1.  I am the attorney for Defendants Shelley Souza, Jeffrey S. Greener and the Estate of Francis Newton Souza (the "Appearing Defendants"). I make this affirmation in connection with the Appearing Defendants' motion to dismiss in this action for the purpose of annexing true and correct copies of the documents listed below.

   A.  Complaint, dated March 23, 2007

   B.  E-mail from Robin Dean to Francesca Souza, dated May 5, 2005

   C.  Original "Time Will Tell"

   D.  Version of "Time Will Tell" consigned by Jaffri to Sotheby's

   E.  Letter from Shelley Souza to Sotheby's, dated March 28, 2006

   F.  Selected Pages from Sotheby's catalogue for Indian and Southeast Asian Art auction held March 29, 2006.

   G.  Selected Pages from Christie's catalogue for Indian and Southeast Asian Art auction held March 30, 2006

    H.     Selected Pages from Bonhams catalogue for Indian and Southeast Asian Art auction held April 6, 2006

    I.     E-mail from Shelley Souza to Sotheby's, dated March 28, 2006

    J.     E-mail from Shelley Souza to Sotheby's (cc to Francesca Souza and Jeffrey Greener), dated March 27, 2006

    K.     E-mail from Shelley Souza to Christie's (cc to Francesca Souza and Jeffrey Greener), dated March 24, 2006

    L.     E-mail from Shelley Souza to Christie's (cc to Francesca Souza and Jeffrey Greener), dated March 26, 2006

    M.     E-mail from Shelley Souza to Bonhams (cc to Francesca Souza and Jeffrey Greener), dated March 26, 2006

    N.     Letter from John Cahill to Anthony Motta, dated May 23, 2006

    O.     Letters from John Cahill to Anthony Motta, dated July 20 and August 10, 2006

    P.     Letter from Vera Scanlon to John Cahill, dated June 29, 2006

    Q.     Standard Sotheby's consignment agreement, from 1 Ralph E. Lerner & Harriet Bresler, ART LAW (3d ed. 2005)

    R.     Standard Christie's consignment agreement, from 1 Ralph E. Lerner & Harriet Bresler, ART LAW (3d ed. 2005)

Dated:  New York, New York
        July 12, 2007



                                        John R. Cahill