# EXHIBIT B

REDACTED

----- Forwarded Message
From: Franky <franky@hph.org.uk>
Date: Sun, 08 May 2005 19:23:01 +0100
To: "Dean, Robin" <Robin.Dean@sothebys.com>
Cc: shelley souza <petstory@earthlink.net>
Subject: Re: souza2

On 5/5/05 10:41 am, "Dean, Robin" <Robin.Dean@sothebys.com> wrote:

> These two heads have appeared at a local auction and I wanted your thoughts on them. The line appears a little weak for the artist and the eyes are not how I would expect them to be.
>
> A client showed them to me and I wanted a second opinion.
>
> Thanks
>
> Robin Dean
>
> Director of Sothebys New York
>
> Indian and Southeast Asian Dept.
>
> US number + 1 212 606 7304
>
> UK number +44 207 293 6603
>
> Important Notice: Please note that any estimates provided, if based on photographs, are subject to revision following first hand inspection and further research. Estimates are based on the assumption the property can be offered freely on the international art market. Please note it is the owner's responsibility to comply with any applicable local laws regarding export and import matters. Although we are pleased to provide names of local shippers, we are unable to accept responsibility for any shippers or the shipment.