# EXHIBIT D



111

111 FRANCIS NEWTON SOUZA
(1924-2002)

**TIME WILL TELL**

Acrylic on canvas
Signed and dated 'Souza 94' upper middle

36 by 57¾ in. (91.4 by 146.7 cm.)

$100,000-120,000