# EXHIBIT E

| | |
|---|---|
| Date: | Sun Mar 26 14:45:51 PST 2006 |
| Sender: | "Shelley"<shelleysouza@fnsouza.info> |
| To: | <Anu.Ghosh-Mazumdar@sothebys.com> |
| CC: | franky@hph.org.uk , greener@fgclaw.com |
| Subject: | F.N. Souza, lot 104 |
| Attach: | |
| Delivery Confirmation Status: | Delivery Unconfirmed |

Dear Rob and Anu,

Following my discussion with Robin Dean this morning, and with my sisters Karen and Francesca Souza, earlier, I am writing to confirm that, in our opinion, lot #104 in the forthcoming sale at Sotheby's, New York, on March 29, 2006, which is attributed to Souza, was not made by him.

The line, brushwork, composition and signature are not consistent with his work; which, while these elements varied over the 60 years he produced art, always remained recognizably and distinctly "Souza." This fact was highlighted by surrounding paintings in the gallery, made by my father, spanning some 40 years: all of them demonstrated the consistency of image making I'm referring to.

There is also the troubling fact that Mr. Wahib Jaffer, whom I understand to be the consignor of lots 104, 106 and 111, apparently authenticated a replica of lot 104, which the Unicorn Gallery in Pakistan then approached the estate to further authenticate, in February 2006. Unicorn Gallery claimed that the buyer would not accept Mr. Jaffer's authentication. Despite repeated requests from the estate, Unicorn Gallery was unable to provide verifiable evidence that the replica of lot 104 had been made by Souza. The gallery was only able to say that Mr. Jaffer had spent time with Souza in Pakistan, and had in his possession a videotape of Souza while he was painting. The gallery also claimed that the widow of Ali Imam, Raza's younger brother, had authenticated the replica as having been exhibited at the Indus Gallery in 1994--the year the replica was allegedly made. However, when the estate requested Unicorn Gallery to ask Mrs. Imam to contact us directly, further communication from the Unicorn Gallery was unforthcoming.

At this time, we must request that lot #104 be withdrawn from the auction. If you choose to auction the work, potential buyers must be notified before its purchase that the estate will not authenticate this work.

I am attaching a copy of the replica that Unicorn Gallery asked us to authenticate. I will bring a letter to Sotheby's on Tuesday when I come to examine lot 106 with the conservator. The letter will contain the above information together my handwritten signature on behalf of the Estate, on record.

A copy of this email has been sent to Francesca Souza and to Jeffrey S. Greener, the Estate's attorney.

Sincerely,