# EXHIBIT F

Case 1:07-cv-04086-SAS    Document 6-8    Filed 07/12/2007    Page 2 of 13



# Sotheby's
EST.1744

## INDIAN & SOUTHEAST ASIAN ART

NEW YORK    MARCH 29, 2006



17  MAQBOOL FIDA HUSAIN
(B. 1915)

**UNTITLED**

Ink on paper
Signed in Devanagari upper left

21½ by 14 in. (54.9 by 35.6 cm.)

**$20,000-25,000**

18  FRANCIS NEWTON SOUZA
(1924-2002)

**FACE**

Pen, ink and watercolor on paper
Signed and dated 'Souza 57' upper right

12¼ by 7⅜ in. (31.1 by 18.8 cm.)

**$10,000-12,000**

22  FRANCIS NEWTON SOUZA
(1924-2002)

**THE POPE AND HIS NEPHEWS**

Oil on red satin
Signed and dated 'Souza 63' lower left and inscribed 'The Pope and his nephews/ 1963/ (After Titian)/ oil on red satin 45" x 56" on reverse

57 by 45 in. (114.3 by 144.8 cm.)

As a child Souza suffered from a serious attack of smallpox and his Catholic mother vowed that if he ever survived she would enroll her son in the Jesuit priesthood. Although Souza never became a priest, religious imagery was a powerful source of inspiration for him, especially during the first few decades as an artist. Souza admits that the Roman Catholic church in Goa gave him his first ideas about images and image making. He states 'the Roman Catholic Church had a tremendous influence over me, not its dogmas but its grand architecture and the splendour of its services. The priest dressed in richly embroidered vestments, each of his garments from the biretta to the chasuble symbolising the accoutrement of Christ's passion. The wooden saints painted with gold and bright colours staring vacantly out of their niches. The smell of incense, and the enormous crucifix with the impaled image of a Man supposed to be the Son of God, scourged and dripping, with matted hair tangled in plaited thorns.' (Souza, 1955, p.10.)

The current work is however based upon one of the masterpieces of European portraiture, the famous triple portrait of Pope Paul III Farnese with his grandsons Alessandro and Ottavio by Titian. According to Vasari, this painting was commissioned by the Farnese family in 1546. Titian arrived in Rome in 1545 where he met several cardinals and was then received by Pope Paul III. The painting, as one would expect of works by Titian, is technically highly refined but perhaps more importantly it illuminates the personality of the Pope and the politics of the Holy See in the mid-1540s more precisely than any document or contemporary account. In Titian's painting Ottavio bends towards his grandfather with fawning obsequiousness, he is the embodiment of the scheming Renaissance prince. Titian's own powers of observation create a brilliant projection of character through movement and pose, Ottavio's 'courtly bow sums up his character with a profound and scathing completeness.' The portrait reveals in equal measure the treacherous nature of Ottavio and the Pope's own suspicious mind. It is thought that even Paul III comprehended the insinuations of the painting which probably explains why it was left uncompleted.

The subject would have appealed to Souza at two levels: firstly because its imagery was suggestive of the intrigue and politics that were prevalent in the 16th century Roman Catholic church, but perhaps more importantly the composition itself provides an artistic challenge to Souza to project equally Machiavellian characters in his own work. Souza's composition is similar to Titian's and his characterisation of the central figures is equally demonic, but the bold application of paint to the canvas and the aggressive use of line and color is uniquely his own. A final wry masterstroke in Souza's work is made by his choice of red satin (the cloth of cardinals) for his canvas, that leaves the audience in no doubt about the satirical intentions of the work.

$200,000-300,000







24

23 FRANCIS NEWTON SOUZA
(1924-2002)

**UNTITLED**

Oil on linen laid on canvas
Signed and dated 'Souza 63' upper right

30 by 19¼ in. (76.5 by 49 cm.)

One of the greatest strengths of Souza's work is that he remained tirelessly experimental. The bold complex heads of the 1950s created with thick cross hatching become further distorted in the early 1960's to result in complex mutated forms. The artist states 'I have created a new kind of face.. I have drawn the physiognomy way beyond Picasso, in completely new terms. And I am still a figurative painter.. He stumped them and the whole of the western world into a shambles. When you examine the face, the morphology, I am the only artist who has taken it a step further.' (Dalmia, 2001, p. 94)

$50,000-70,000

24 FRANCIS NEWTON SOUZA
(1924-2002)

**LANDSCAPE**

Oil on canvas
Signed and dated 'Souza 74' upper left

27 by 51 in. (68.5 by 129.5 cm.)

$100,000-120,000



Property of Dr. and Mrs. Ajit Banerjee

103  FRANCIS NEWTON SOUZA
(1924-2002)

**STANDING NUDE**

Oil on canvas
Signed and dated 'Souza 75' upper left and inscribed 'F.N. SOUZA/ Standing Nude/ 1975/ OIL ON CANVAS' on reverse

21¾ by 14½ in. (55.2 by 36.8 cm.)

$50,000-70,000

106 • INDIAN & SOUTHEAST ASIAN ART



104

Another Property

**104** FRANCIS NEWTON SOUZA
(1924-2002)

**UNTITLED**

Oil on canvas
Signed and dated 'Souza 92' upper left

19 by 19¼ in. (48.3 by 48.9 cm.)

**$35,000-45,000**

Property of Dr. and Mrs. Ajit Banerjee

**105** FRANCIS NEWTON SOUZA
(1924-2002)

**UNTITLED**

Chemical ink on magazine paper
Signed and dated 'Souza 87' upper left

10⅝ by 7¾ in. (26.9 by 19.7 cm.)

**$7,000-10,000**



105



106



107

Other Properties

106 FRANCIS NEWTON SOUZA
(1924-2002)

**UNTITLED**

Acrylic on paperboard
Signed and dated 'Souza 94' lower right

17⅝ by 25½ in. (44.7 by 64.8 cm.)

**$25,000-35,000**

107 FRANCIS NEWTON SOUZA
(1924-2002)

**STILL LIFE**

Chemical alterations on paper
Signed and dated 'Souza 72' upper right and inscribed 'Still Life - 1972' lower left

14 by 10⅝ in. (35.5 by 27 cm.)

**$6,000-8,000**



108

108 **FRANCIS NEWTON SOUZA**
(1924-2002)

**FLOWERS**

Acrylic with oil finish on board
Signed and dated 'Souza 1984' lower right and inscribed 'F.
N. SOUZA/ Flowers/ 1984' on reverse

29¾ by 23⅝ in. (75.6 by 59.9 cm.)

$60,000-80,000







109 **FRANCIS NEWTON SOUZA**
(1924-2002)

**TWO UNTITLED WORKS**

Ink on paper
Signed and dated 'Souza 84' upper left; signed and dated 'Souza 89' upper right

11 by 8½ in. (28 by 21.5 cm.); 11 by 8½ in. (28 by 21.5 cm.)

$5,000-7,000

110 **FRANCIS NEWTON SOUZA**
(1924-2002)

**UNTITLED**

Oil on paper
Signed and dated 'Souza 89' upper left

27½ by 20½ in. (70 by 52 cm.)

$20,000-30,000



111

**111  FRANCIS NEWTON SOUZA**
(1924-2002)

**TIME WILL TELL**

Acrylic on canvas
Signed and dated 'Souza 94' upper middle

36 by 57¼ in. (91.4 by 146.7 cm.)

$100,000-120,000