# EXHIBIT G



NEW YORK

# MODERN AND CONTEMPORARY INDIAN ART

Thursday 30 March 2006

CHRISTIE'S



Goan born, Francis Newton Souza has become one of the most venerated Indian artists of the 20th century. Believing the work of his Indian artistic predecessors to be overly sentimental, Souza looked to Western Modernism for inspiration on how to radicalize the South Asian art world, founding the now legendary Bombay Progressives Artist Group in 1947. A master of line, Souza's forays into the human form are well documented and his works successfully explore a wide range of physiognomies from the most sublime of female nudes to riotous and tortured figural forms. His earlier works which mixed elements of Catholic imagery with the heavy black lines of George Rouault and bold brush strokes of Chaim Soutine, gave way to crisp compositions and collapsed depth of field late in his career. In his drawings, Souza maintains an economy of line that expertly summarizes the human form in its most elemental form. We see this tendency reflected in Souza's temple dancer (lot 32) from the late 1950s, yet the use of modeling and chiaroscuro give this nude a sculptural quality that calls into mind early 20th century works by Pablo Picasso. In *Time Cover* from 1969, Souza uses a chemical solvent to manipulate a U.S. Senator's face into a disconcerting pulp. In choosing to conceal the form of the senator, Souza cleverly reveals the underlying issues of political institutions.

PROPERTY FROM A GERMAN COLLECTION

28
**FRANCIS NEWTON SOUZA (1924 - 2002)**

*U.S. Senator on Time Cover*

Signed and dated lower left: *Souza 1969*; Inscribed on reverse: *F.N. Souza / U.S. SENATOR ON TIME COVER / 1969 / MIXED MEDIUM*
Mixed media on magazine paper
14 x 11 in. (35.5 x 28 cm.)
Bearing original *Time* magazine subscription label with the artist's New York address

$8,000–12,000

PROVENANCE:
Acquired from the artist.







29                                                                                    30

PROPERTY FROM THE ERICH SOMMER COLLECTION

**29**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled (Nude wearing brimmed hat)*
Signed and dated upper right: *Souza 61*
Ink on paper
14⅜ x 10¾ in. (36.4 x 27.3 cm.)

$7,000–10,000

See catalogue note for lot 38 about the Erich Sommer Collection.
Compare to two drawings published in E. Mullins, *F. N. Souza*, London,
1962, p. 28.

VARIOUS PROPERTIES

**30**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled*
Signed center left: *Souza 62*
Ink on card
18¼ x 11⅞ in. (46.3 x 30.2 cm.)

$8,000–12,000

**31**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Man at table*
Signed and dated upper left: *Souza 59*
Pencil on paper
Image: 12⅝ x 7⅞ in. (32 x 20 cm.); framed

$3,000–5,000



31

**32**

**FRANCIS NEWTON SOUZA (1924 - 2002)**

*Temple Dancer*

Signed and dated upper left: *Souza 57*; Inscribed on reverse: *F. N. SOUZA / TEMPLE DANCER-1957*

Oil on board

47⅜ x 24 in. (121.3 x 61 cm.)

$120,000–150,000

The religious and the erotic are two of the primary threads which weave their way through Souza's oeuvre and depictions of the female nude, whether demure or shockingly aggressive, bridge the dual notions of the sacred and the profane. This particular painting with its hieratic frontal stance, is a paean to Indian traditions of temple sculpture. In sculpture, the contorted thrice-bent pose (*tribhanga*) highlights the most attractive features and curves of the female form. This female figure also bears the hallmarks of idealized Indian beauty with her long hair, high breasts, small waist and wide hips.





38

PROPERTY FROM THE ERICH SOMMER COLLECTION

**38**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled (Blue landscape with houses)*
Signed and dated lower right: *Souza 63*
Oil on canvas
17 x 29 in. (43.1 x 73.6 cm.)

$25,000–35,000

Over a period of more than 20 years, Erich Sommer (1921-2004) passionately sought out some of the best examples of Twentieth Century British Art, which resulted in a highly personal group of paintings and sculpture, embracing the diversity and richness of this field. This collection included three works (see also lots 29 and 69) by Francis Newton Souza, an artist whom Sommer believed transcended nationalist boundaries. The majority of works from the Erich Sommer collection were sold at Christie's London in 2005, including a 60s work by Lucien Freud entitled, *Red Haired Man on Chair*, that currently holds the artist record for £4,152,000.

In this particular 1963 work, Francis Newton Souza demonstrates the inherent tension between nature and civilization. The artist's energetic and deliberate use of black lines vigorously sketch out a cityscape which seems to merge with the natural elements in the foreground.

**39**
**RAM KUMAR (B. 1924)**
*Untitled*
Signed and dated on reverse: *Ram Kumar 04*
Oil on canvas
36 x 24 in. (91.4 x 61 cm.)

$60,000–80,000

34



PROPERTY FROM A PRIVATE COLLECTION, NORFOLK, UNITED KINGDOM

**44**

**FRANCIS NEWTON SOUZA (1924 - 2002)**

*Untitled (Houses and Church in Landscape with Tree)*

Signed and dated upper right: *Souza 1957*

Oil on canvas

28¼ x 40⅝ in. (71.3 x 103 cm.)

$80,000–100,000

PROPERTY FROM A PRIVATE COLLECTION, LONDON

**52**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled*
Signed and dated lower right: *Souza 58*
Oil on board
24 x 48 in. (61 x 121.8 cm.)

$100,000–150,000

PROVENANCE:
Collection of Maxwell Fry and Dame Jane Drew; and by descent
to the current owner.

LITERATURE:
B. Platts, 'The Architect as Collector: The Modern Collection of
Maxwell Fry and Jane Drew,' *Country Life*, September 29, 1966,
pp. 784-786.

In this work from 1958, Francis Newton Souza pairs contradictory
elements to create a metaphysical landscape that succeeds both
aesthetically and psychologically. Souza's cityscapes occasionally quote
recognizable landmarks culled from his extensive travels, however this
work veers towards the allegorical in its compositional choices.
Juxtaposing a set of fanciful buildings complete with onion domes and
flying pennants next to the strikingly modern cube and brick structures
at the right, the artist uses architecture to illustrate the clash of a new
urbanism on the fairy-tale scene. However, perhaps this very quality is
what attracted the attention of its original owners. This painting once
belonged to the renowned Modernist architects, Maxwell Fry (1899 -
1987) and Dame Jane Drew (1911 - 1996). They worked on numerous
international projects pioneering the field of modern tropical building
and town planning. In 1951, along with Le Corbusier, Fry and Drew
were instrumental in the planning of Chandigarh in Punjab. While Le
Corbusier designed many of the public buildings and spaces, Fry and
Drew designed and oversaw the government housing projects in a
number of sectors, along with Chandigarh's first cinema hall, swimming
pool and general hospital.

The arrangement of the dark sky and heavy lines with the bright colors
of the buildings are highly reminiscent of stained glass windows, an
aspect of Souza's Catholic upbringing which often surfaced in his work.
The bold use of outline and recurring brick motif also serves to unify
the two architectural styles but does so while bestowing an uncanny
and surreal quality to the piece. Suggestive of Giorgio DeChirico and his
*Pittura Metafisica* style, Souza's painting employs the creation of a
fictive space and subverted one-point perspective which characterizes
this mode and gives this work a sense of eerie nostalgia.





PROPERTY FROM A PRIVATE COLLECTION, SWEDEN

**63**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled (Blue cityscape)*
Signed and dated upper right: *Souza 1961*; inscribed on reverse:
*F.N. SOUZA / 1961*
Oil on board
24 x 30 in. (60.9 x 76.3 cm.)
Bearing further Swedish inscription on reverse: "Nettan! To our
little sweetheart from Mother and your friend Ragge on your
27th birthday."

$100,000–150,000

PROVENANCE:
Acquired from Mr. Ragnar Zedell, Stockholm

Ragnar Zedell was one of Souza's earliest patrons in Stockholm in the
early 1960s.

In this work from the early 1960s, Francis Newton Souza maximizes his
use of the canvas, constructing his cityscape from a series overlapping
and highly faceted geometric forms. Collapsing depth of field, Souza
circumvents a traditional one-point perspective allowing his
architectonic structures to build tightly upon each other in a highly
cubistic manner. The monochromatic palette subtly disguises subject
matter, highlighting instead the artist's skill with pattern, composition
and form. The work wavers between reality and fiction with its
corniced buildings and meandering ground line, at times suggesting the
catholic architecture which informed so much of Souza's oeuvre.



