

OTHER PROPERTIES

**65**
**FRANCIS NEWTON SOUZA (1924 - 2002)**

*Supper at Emmaus*

Signed and dated left center: *Souza 75*; Inscribed on reverse: *F.N.
SOUZA / SUPPER AT EMMAUS / 1975 / OIL ON CANVAS
/ 18 X 26*

Oil on canvas
19½ x 26½ (49.5 x 67.2 cm.)

$80,000–100,000

Francis Newton Souza was fascinated with the visual language of the
Catholic Church and it informed his paintings long after he ceased
attending Mass in the late 1950s. The subject of this 1975 work is a
popular biblical account taken from the Book of *Luke 24: 30-31*. In the
story, two men are joined by a disguised Christ as they discuss his
miraculous crucifixion and resurrection. Out of goodwill, the two men
invite Christ to dine with them where his identity is revealed over the
breaking of bread at the table. Francis Newton Souza chooses to
illustrate the crucial moment at which Christ is revealed, yet he cleverly
depicts the two men in anonymity highly abstracting their visages while
the masked Jesus becomes the only decipherable figure.

**66**
**FRANCIS NEWTON SOUZA (1924 - 2002)**

*Untitled (Seated Nude)*

Signed and dated left center:  *Souza 62*

Oil on canvas

71 x 46½ in. (180.2 x 118 cm.)

$300,000–400,000

This early nude by Francis Newton Souza's exhibits a bold and unrestrained sexuality, stylistically referencing the disordered intensity of Willem de Kooning and the raw unfinished lines of *Art Brut*, pioneered by Jean Dubuffet. His women possess the energy and emancipation of Abstract Expressionist paintings while maintaining remnants of classical Indian temple sculpture in their poses and proportions. With the bravado of Edouard Manet's *Olympia*, Souza's nude stares directly at the viewer unashamed by the nakedness of her flesh. This monumental work demonstrates Souza's ability to transform the nude into both a sublime image of idealized beauty (see lot 32) and a virulent icon of sexual power.





**67**

**FRANCIS NEWTON SOUZA (1924 - 2002)**

*Untitled (Still Life)*

Signed and dated upper left: *Souza 63*
Oil on canvas
33⅜ x 40⅛ in. (86 x 102 cm.)

$100,000–150,000

Throughout his life, Francis Newton Souza had a contentious relationship with the Catholic church, a dynamic which affected many of his paintings and drawings. In this early work, Souza illustrates a series of liturgical vessels. Speaking on his fascination with the church, the artist states, "The Roman Catholic church had a tremendous influence over me, not its dogmas but its grand architecture and the splendor of its services... The wooden saints painted with gold and bright colors staring vacantly out of their niches. The smell of incense. And the enormous crucifix with the impaled image of a man supposed to be the Son of God, scourged and dripping, with matted hair tangled in plaited thorns." E. Mullins, *F.N. Souza*, London, 1962. p. 42.



69



70

PROPERTY FROM THE ERICH SOMMER COLLECTION

VARIOUS PROPERTIES

**69**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled*
Signed and dated center right: *Souza 61*
Oil on canvas
41 x 26½ in. (104.2 x 67.3 cm.)
Bearing label from Gallery One, London, on reverse

$60,000–80,000

PROVENANCE:
Acquired from Gallery One, London.

See catalogue note for lot 38 about the Erich Sommer Collection.

**70**
**RAM KUMAR (B. 1924 )**
*Untitled*
Signed and dated on reverse: *Ram Kumar 93 / 33 x 40*
Oil on canvas
32½ x 39⅝ in. (82.5 x 100.6 cm.)

$80,000–100,000



PROPERTY FROM A PRIVATE COLLECTION, SWEDEN

**80**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled (Night landscape with flowering trees)*
Signed and dated lower right: *Souza 56*
Oil on board
24 x 48 in. (61 x 121.8 cm.)

$150,000–200,000

PROVENANCE:
Acquired from Mr. Ragnar Zedell, Stockholm

Ragnar Zedell was one of Souza's earliest patrons in Stockholm in the early 1960s.



the

73



105



106

**105**
**FRANCIS NEWTON SOUZA**
**(B. 1924 - 2002)**
*Untitled*
Signed lower right: *Souza 95*
Mixed media on paper
Image Size: 21¾ x 13½ in. (55 x 37 cm.);
framed

$20,000–30,000

**106**
**GEORGE KEYT (1901 - 1993)**
*Untitled*
Signed and dated lower left: *G Keyt 86*
Acrylic on indian paper
15 x 25 in. (38 x 63.5 cm.)

$8,000–12,000



**107**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled*

Signed and dated center left: *Souza 89*
Acrylic on canvas
50 x 40 in. (128 x 101 cm.)

$30,000–40,000



115

PROPERTY FROM A PRIVATE COLLECTION, ASIA

**115**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled (Red Houses in Landscape)*
Signed and dated upper right: *Souza 94*
Acrylic on paper
18½ x 25⅝ in. (47 x 65 cm.)

$30,000–40,000

**116**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled*
Signed and dated lower right: *Souza 92*
Acrylic on canvas
47¾ x 30 in. (121.2 x 76.3 cm.)

$100,000–150,000



115



121



**121**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled*
Signed and dated upper left: *Souza 61*
Oil on canvas
28 x 52 in. (71 x 132 cm.)

$90,000–120,000



PROPERTY FROM A PRIVATE COLLECTION, ASIA

**147**
**FRANCIS NEWTON SOUZA (1924 - 2002)**
*Untitled (Still Life)*
Signed upper right: *Souza / 94*
Acrylic on canvas
24 x 30 in. (61 x 76.3 cm.)

$80,000–100,000