# EXHBIT I

| | |
|---|---|
| Date: | Tue Mar 28 17:57:10 PST 2006 |
| Sender: | "Shelley" <shelleysouza@fnsouza.info> |
| To: | <Anu.Ghosh-Mazumdar@sothebys.com> |
| CC: | |
| Subject: | Lot 104 |
| Attach: | |
| Delivery Confirmation Status: | Delivery Unconfirmed |

Dear Rob and Anu,

Following a conversation with Yamini Mehta at Christie's, I realize that I thought the consignor was a Mr. Wahab Jaffer, as his name is associated with authenticating a replica of lot 115 at Christies and lot 104 at Sotheby's. I now understand that the consignor's name is Mr. Jaffrey, not Jaffer. Mr. Jaffrey did not identify himself clearly to me when we spoke on the phone on Sunday; hence, the confusion on my part. Please add this note to my formal letter to withdraw lot 104 from the forthcoming auction, on the basis of insufficient provenance for a disputed work, so that Mr. Jaffer is not unintentionally, and unnecessarily, involved in this dispute.

Thanks very much.

Best wishes,

Shelley


Shelley Souza
Administrator for the E

Shelley Souza
Administrator for the Estate of F.N. Souza
P.O. Box 231015
New York, NY 10023
212-874-1343
http://fnsouza.info

------------------------------------------------

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.