# EXHIBIT J

Date: Mon Mar 27 07:31:23 PST 2006
Sender: "Shelley"<shelleysouza@fnsouza.info>
To: <Anu.Ghosh-Mazumdar@sothebys.com>
CC: franky@hph.org.uk , greener@fgclaw.com
Subject: consignor lots 104, 106, 111
Attach:
Delivery Confirmation Status: Delivery Unconfirmed

Dear Anu,

Could you please let Rob know that I gave our conversation considered thought after saying I would meet the consignor with your lawyers tomorrow at 2.00pm.

I am satisified with the way that Sotheby's will handle this matter. I do not need to spend any more time on this matter. I told the consignor this morning that I will not meet with him.

In the meantime, Harriet Irgang will come to Sotheby's tomorrow at Noon and we will meet with you and Rob at 1.00pm, following her review of the paintings in dispute.

Thanks very much.

Best wishes,

Shelley


Shelley Souza
Administrator for the Estate of F.N. Souza
P.O. Box 231015
New York, NY 10023
212-874-1343
http://fnsouza.info

------------------------------------------------

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.