EXHIBIT K

Date:               Fri Mar 24 22:10:02 PST 2006
Sender:             "Shelley"<shelleysouza@fnsouza.info>
To:                 <ymehta@christies.com>
CC:                 franky@hph.org.uk , greener@fgclaw.com
Subject:            F.N. Souza, lot #116
Attach:
Delivery
ConfirmationDelivery Unconfirmed
Status:


Dear Yamini,

Further to our meeting today, I am writing to confirm that, in the
opinion of the Estate of F.N. Souza, lot #116 in the forthcoming
March 30, 2006 sale at Chrisites in New York, which is attributed
to Souza, was not made by him.

As we discussed in front of the painting, the line, brushwork,
composition, use of colour, and signature are not consistent with
his work; which, while these elements varied over the 60 years he
produced art, always remained recognizably and distinctly "Souza."
This fact was highlighted by surrounding paintings in the gallery,
made by my father, spanning some 40 years: all of them
demonstrated the consistency of image making I'm referring to.

At this time, we must request that lot #116 be withdrawn from the
auction. If you choose to auction the work, potential buyers must
be notified before its purchase that the estate will not
authenticate this work.

I will bring a letter to Christies tomorrow afternoon, which
contains the above information; so that Christies will have a copy
of this text, with my handwritten signature on behalf of the
Estate, on record.

A copy of this email has been sent to Francesca Souza and to
Jeffrey S. Greener, the Estate's attorney.

Sincerely,


Shelley Souza
Administrator for the Estate of F.N. Souza
P.O. Box 231015
New York, NY 10023
212-874-1343
http://fnsouza.info

--------------------------------------------------------

This transmission (including any attachments) may contain
confidential information, privileged material (including material
protected by the attorney-client or other applicable privileges),
or constitute non-public information. Any use of this information
by anyone other than the intended recipient is prohibited. If you
have received this transmission in error, please immediately reply
to the sender and delete this information from your system. Use,
dissemination, distribution, or reproduction of this transmission
by unintended recipients is not authorized and may be unlawful.