UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AZHAR A. JAFFRI,

    Plaintiff,

  - against -

SHELLEY SOUZA, individually and as Co-
Administrator of the Estate of Francis Newton Souza,
JEFFREY S. GREENER, individually and as Co-
Administrator of the Estate of Francis Newton Souza,
FRANCESCA SOUZA, individually, and the ESTATE
OF FRANCIS NEWTON SOUZA,

    Defendants.
------------------------------------x

No. 07 Civ. 4086 (SAS)

ECF CASE

STIPULATION AND ORDER

RECEIVED
CHAMBERS OF
SEP 10 2007
JUDGE SCHEINDLIN

    The undersigned attorneys, on behalf of all parties appearing in this action to date, hereby stipulate that the deadline for service of the reply brief with respect to the Appearing Defendants' motion to dismiss be extended to September 15, 2007.

Dated: New York, New York
      September 7, 2007

BELDOCK LEVINE &
HOFFMAN LLP

By: _____
Vera M. Scanlon (VS 1522)
99 Park Avenue, Suite 1600
New York, NY 10016
(212) 490-0400

*Attorneys for Plaintiff Azhar A. Jaffri*

LYNN & CAHILL LLP

By: _____
John R. Cahill (JC 4729)
Ronald W. Adelman (RA 8633)
500 Fifth Avenue, 14th Floor
New York, New York 10001
Tel: (212) 719-4400
Fax: (212) 719-4440

*Attorneys for Appearing Defendants*

SO ORDERED:

_____
U.S.D.J.
9/10/07