UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

AZHAR JAFFRI,

              Plaintiff,

- against -

SHELLEY SOUZA, individually and
as Co-Administrator of the Estate of
Francis Newton Souza,
JEFFREY S. GREENER, individually
and as Co-Administrator of the Estate
of Francis Newton Souza, FRANCESCA
SOUZA, individually, and the ESTATE
OF FRANCIS NEWTON SOUZA,

              Defendants.
------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/07

ORDER

07 Civ. 4086 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        Defendants, having removed this action to federal court, are hereby **ORDERED** to demonstrate the basis for this Court's exercise of subject matter jurisdiction over this matter. This submission shall be made on or before October 9, 2007.

                            SO ORDERED:

                            Shira A. Scheindlin
                            U.S.D.J.

Dated:    New York, New York
            October 5, 2007

- **Appearances** -

**For Plaintiff:**

Vera M. Scanlon, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0400

**For Defendant:**

John Cahill, Esq.
Lynn & Cahill LLP
500 Fifth Avenue, 14th Floor
New York, New York 11010
(212) 719-4400