UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
AZHAR JAFFRI,                                           :
:
Plaintiff,      :
:          ORDER
- against -                              :
:          07 Civ. 4086 (SAS)
SHELLEY SOUZA, individually and                         :
as Co-Administrator of the Estate of                    :
Francis Newton Souza,                                   :
JEFFREY S. GREENER, individually                        :
and as Co-Administrator of the Estate                   :
of Francis Newton Souza, FRANCESCA                      :
SOUZA, individually, and the ESTATE                     :
OF FRANCIS NEWTON SOUZA,                                :
:
Defendants.     :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

This Court has concluded that it lacks subject matter jurisdiction over this matter. However, if plaintiff desires, he may dismiss the non-diverse defendant, Franscesca Souza, who has not been served. *See Newman-Green, Inc. v. Alfonoz-Larrain*, 490 U.S. 826 (1989). Plaintiff should inform this Court of its decision

within five business days of the date of this Order.

                                                SO ORDERED:

                                                _____
                                                Shira A. Scheindlin
                                                U.S.D.J.

Dated:      New York, New York
              October 12, 2007

- Appearances -

**For Plaintiff:**

Vera M. Scanlon, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0400

**For Defendant:**

John Cahill, Esq.
Lynn & Cahill LLP
500 Fifth Avenue, 14th Floor
New York, New York 11010
(212) 719-4400