```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
AZHAR JAFFRI,

                        Plaintiff(s),      07 Civ 4086 (SAS)(DFE)

            - against -                    ORDER OF DISCONTINUANCE

SHELLEY SOUZA, et al.,

                        Defendant(s).
---------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/07

   The parties having reached a resolution of this action, and the parties having agreed to this order, and the parties having consented to Magistrate Judge Eaton's jurisdiction for the limited purpose of entering this order,

   IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that on or before December 18, 2007, the plaintiff may apply to Magistrate Judge Eaton by letter (by fax and by mail) for restoration of the action to the calendar if the settlement is not effected, in which event the action will be restored to the calendar of the District Judge, and plaintiff shall then have five business days to inform the District Judge whether plaintiff chooses to dismiss the non-diverse defendant Francesca Souza.

   SO ORDERED.

                                    _____
                                    DOUGLAS F. EATON
                                    United States Magistrate Judge

Dated:   New York, New York
         October 19, 2007