**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE
NEW YORK, N.Y. 0016-1503

TEL (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER**
PETER A. MATORIN
KATHERINE C. THOMPSON
ROBERT L. HERBST*
JONATHAN MOORE***
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK

VERA M. SCANLON

LAWRENCE S. LEVINE (1934-2004)

SPECIAL COUNSEL
MARJORY D. FIELDS

COUNSEL
MELVIN L. WULF
* ALSO ADMITTED IN PENNSYLVANIA
** ALSO ADMITTED IN FLORIDA
*** ALSO ADMITTED IN CALIFORNIA
REF 7407.0001

WRITER'S DIRECT DIAL: 212 277 5807

**MEMO ENDORSED**

December 17, 2007

BY FAX: 212 805 6181
Magistrate Judge Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn.: Elys Enton, Law Clerk

USDC SDNY
[stamp illegible]
DEC 17 2007
DATE FILED: 12/18/07

Re: Iaffii v. Souza, 07 Civ. 4086 (SAS) (DFE)

Your Honor:

We respectfully ask that Your Honor memo endorse this letter to enter in the case record the order granted on December 13, 2007 to extend from December 18, 2007 to January 10, 2008 as the date on or before which the plaintiff may apply to Your Honor by letter (by fax and by mail) for restoration of this action to the calendar if the settlement is not effected, in which event the action will be restored to the calendar of the District Judge, and plaintiff shall then have five business days to inform the District Judge whether plaintiff chooses to dismiss the non-diverse defendant Francesca Souza.

The appearing defendants' counsel consents to this request.

Respectfully submitted,

Vera M. Scanlon

12/18/07 — SO ORDERED.
Douglas F. Eaton

**MEMO ENDORSED**

TOTAL P.02