USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
AZHAR JAFFRI,

                Plaintiff,

   - against -

SHELLEY SOUZA, et al.,

                Defendants.
----------------------------------x

07 Civ. 4086 (SAS)(DFE)

This is an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    On October 18, 2007, I held a settlement conference with the parties. They reached agreement on certain principles but needed time to negotiate a complex mechanism to effectuate those principles. On October 19, 2007, on consent, I entered a 60-day Order of Discontinuance, which provided that "on or before December 18, 2007, the plaintiff may apply to Magistrate Judge Eaton by letter (by fax and by mail) for restoration of the action to the calendar if the settlement is not effected, in which event the action will be restored to the calendar of the District Judge, and plaintiff shall then have five business days to inform the District Judge whether plaintiff chooses to dismiss the non-diverse defendant Francesca Souza."

    On December 12, 2007, defense counsel faxed me a letter requesting me to extend the deadline for restoring the case until January 31, 2008. On December 13, 2007, at my direction, my law telephoned Ms. Scanlon and Mr. Cahill and advised them that, at that stage, I was extending the deadline only until January 10, 2008. On January 10, 2008, I received a faxed letter from plaintiff's counsel; on January 14, I held a telephone conference with Ms. Scanlon and Mr. Cahill. Ms. Scanlon noted that both sides have made progress, but that communications with her client have been disrupted by the civil unrest in Pakistan. I hereby grant the full extension as requested on December 12. I extend the deadline until January 31, 2008, for plaintiff to apply for restoration of the action to the calendar if the settlement is not effected.

                                _____
                                DOUGLAS F. EATON
                                United States Magistrate Judge

                                              500 Pearl Street, Room 1360  
                                              New York, New York 10007  
                                              Telephone: (212) 805-6175  
                                              Fax: (212) 805-6181

Dated:    New York, New York  
             January 14, 2008

Copies of this Memorandum and Order are being sent by electronic filing to:

Vera M. Scanlon, Esq.

John R. Cahill, Esq.

Hon. Shira A. Scheindlin