**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE
NEW YORK, N.Y. 10016-1503

TEL: (212) 490-0400
FAX: (212) 557-0565
website: blhny.com

ELLIOT L. HOFFMAN
ARTHUR BELDOCK
BRUCE E. TRAUNER**
PETER A. MATORIN
KATHERINE C. THOMPSON
ROBERT L. HERBST*
JONATHAN MOORE***
CYNTHIA ROLLINGS
KAREN I. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK

VERA M. SCANLON

LAWRENCE S. LEVINE

SPECIAL COUNSEL
MARJORY D. FIELDS

COUNSEL
MELVIN L. WULF

* ALSO ADMITTED IN PENNSYLVANIA
** ALSO ADMITTED IN FLORIDA
*** ALSO ADMITTED IN CALIFORNIA
REF. 7437.0001

WRITER'S DIRECT DIAL: 212 277 5667

**MEMO ENDORSED**

January 30, 2008

BY FAX: 212 805 6181
Magistrate Judge Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn: Elys Enton, Law Clerk

Re: Jaffri v. Souza, 07 Civ. 4086 (SAS)

Your Honor:

Further to the parties' telephonic conference with the Court on January 15, 2008, counsel for the appearing parties respectfully request that Your Honor memo endorse this letter to extend to February 21, 2008 as the date on or before which the plaintiff may apply to Your Honor by letter (by fax and by mail) for restoration of this action to the calendar if the settlement is not effected, in which event the action will be restored to the calendar of the District Judge, and plaintiff shall then have five business days to inform the District Judge whether plaintiff chooses to dismiss the non-diverse defendant Francesca Souza.

Respectfully submitted,

Vera M. Scanlon (VS1522)

1/30/08 – So ordered.
Douglas F. Eaton

**MEMO ENDORSED**

TOTAL P.02

USDC SDNY
DATE SCANNED 1/31/08

# BELDOCK LEVINE & HOFFMAN LLP

Tel.: (212) 490-0400 — Fax: (212) 557-0565

## Facsimile Transmission

| | | | |
|---|---|---|---|
| TO: | Magistrate Judge D. Eaton | FAX NO.: | (212) 805 6181 |
| TO: | John R. Cahill, Esq. | FAX NO.: | (212) 719 4440 |
| FROM: | Vera M. Scanlon | DATE: | January 30, 2008 |
| REF: | 7437 | PAGES TO FOLLOW: | 1 |

MESSAGE:

Regarding Jaffri v. Souza, 07-cv-4086, per telephonic conference with the Court

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE CONTAINS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE AND ITS ACCOMPANYING DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE TELEPHONE OR FAX US IMMEDIATELY SO THAT WE MAY ARRANGE FOR RETURN OF THE DOCUMENTS AT NO COST TO YOU.