**MEMO ENDORSED**

BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE
NEW YORK, NY 10016-1503

TEL: (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER**
PETER S. MATORIN
KATHERINE G. THOMPSON
ROBERT L. HERBST*
JONATHAN MOORE***
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK
VERA M. SCANLON

LAWRENCE S. LEVINE (1934-2004)

SPECIAL COUNSEL
MARJORY D. FIELDS

COUNSEL
MELVIN L. WULF

\* ALSO ADMITTED IN PENNSYLVANIA
\*\* ALSO ADMITTED IN FLORIDA
\*\*\* ALSO ADMITTED IN CALIFORNIA
REF: 7437.0001

WRITER'S DIRECT DIAL: 212 277 5897

February 21, 2008

**BY FAX: 212 805 6181**
Magistrate Judge Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Attn.: Elyse Enten, Law Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

Re:   Jaffri v. Souza, 07 Civ. 4086 (SAS)

Your Honor:

Further to our February 21, 2008 letter, counsel for the appearing parties respectfully request that Your Honor memo endorse this letter to extend to March 6, 2008 as the date on or before which the plaintiff may apply to Your Honor by letter (by fax and by mail) for restoration of this action to the calendar if the settlement is not effected, in which event the action will be restored to the calendar of the District Judge, and plaintiff shall then have five business days to inform the District Judge whether plaintiff chooses to dismiss the non-diverse defendant Francesca Souza.

2/26/08 — SO ORDERED.
Douglas F. Eaton

Respectfully submitted,

Vera M. Scanlon (VS1522)

**MEMO ENDORSED**