UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AZHAR A. JAFFRI,<br><br>        *Plaintiff*,<br><br>- against-<br><br>SHELLEY SOUZA, individually and as Co-administrator of the Estate of Frances Newton Souza; JEFFREY S. GREENER, individually and as Co-administrator of the Estate of Francis Newton Souza; FRANCESCA SOUZA, individually; and THE ESTATE OF FRANCIS NEWTON SOUZA,<br><br>        *Defendants*. | No. 07 Civ. 4086 (SAS)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>ECF Case |

   PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.3(d), Lynn & Cahill LLP, counsel for defendants James B. Murphy and J.B. Murphy Associates LLC has changed its office address to 58 West 40th Street, New York, NY 10018.  All other contact information for the firm and the undersigned attorney remain unchanged.

Dated:  New York, New York
   April 14, 2008

                LYNN & CAHILL LLP


                By:_____s/ John R. Cahill_____
                John R. Cahill (JC4229)
                500 Fifth Avenue, 14th Floor
                New York, NY 10110
                (212) 719-4400

                *Attorneys for Defendants Shelley Souza, individually and as Co-Administrator of the Estate of*

2

*Francis Newton Souza, Jeffrey S. Greener, individually and as Co-Administrator of the Estate of Francis Newton Souza, and the Estate of Francis Newton Souza.*