UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AZHAR A. JAFFRI,

          *Plaintiff*,

- against-

SHELLEY SOUZA, individually and as Co-administrator of the Estate of Francis Newton Souza; JEFFREY S. GREENER, individually and as Co-administrator of the Estate of Francis Newton Souza; FRANCESCA SOUZA, individually; and THE ESTATE OF FRANCIS NEWTON SOUZA,

          *Defendants*.

---

No. 07 Civ. 4086 (SAS)

ECF CASE

**STIPULATION OF DISCONTINUANCE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys pursuant to Fed. R. Civ. P. 41, that the above-captioned action is dismissed with prejudice, and that each party is to bear its own costs and attorneys' fees.

Dated: June 3, 2008

BELDOCK LEVINE & HOFFMAN LLP

By: _____
   Vera M. Scanlon (VS1522)
99 Park Avenue, Suite 1600
New York, New York 10016
*Attorneys for Plaintiff Azhar A. Jaffri*

LYNN & CAHILL LLP

By: _____
   John R. Cahill (JC4229)
   Ronald W. Adelman (RA8633)
58 West 40th Street
New York, New York 10018
*Attorneys for Defendants Shelley Souza, Jeffrey S. Greener and the Estate of Francis Newton Souza*

So Ordered:

_____   6/10/08
United States District Judge

Jaffri v. Souza, 07 Civ. 4086 (SAS)

Subject: Jaffri v. Souza, 07 Civ. 4086 (SAS)
From: "Vera M. Scanlon" <VScanlon@BLHNY.com>
Date: Mon, 9 Jun 2008 18:19:04 -0400
To: <orders_and_judgments@nysd.uscourts.gov>
CC: "John R. Cahill" <JCahill@lynncahill.com>, "Ron Adelman" <radelman@lynncahill.com>

To whom it may concern:

We represent the plaintiff in the above-noted action. Attached please find a stipulation of discontinuance in the action. A hard copy will be filed with the Clerk's Office. Please contact us if you need additional information.

Vera Scanlon

Vera M. Scanlon, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 277-5897 (direct)/ (212) 490-0400 (general)
(212) 557-0565 (fax)
vscanlon@blhny.com
www.blhny.com

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any tax advice contained herein, including attachments, is not intended or written to be used and cannot be used by a taxpayer to (i) avoid tax penalties or (ii) promote, market or recommend a transaction or matter to another person.

This e-mail and any attached files are intended solely for the use of the individual or entity to which this mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law, including the Electronic Communications Privacy Act. Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail or collect call to (212) 490-0400 and delete this e-mail and attached files from your system. Thank you.

|  |  |  |
|---|---|---|
|  | **Content-Description:** | Jaffri Stip.pdf |
| **Jaffri Stip.pdf** | **Content-Type:** | application/octet-stream |
|  | **Content-Encoding:** | base64 |